381 A.2d 892

Commonwealth v. Celmer, Appellant.

Argued September 13, 1977. Brian R. Williams, for appellant; Charles M. Guthrie, Jr., Assistant District Attorney, and J. Michael Morrissey, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., did not participate in the consideration or decision of this case.